PROB 12A  
(EDNY 7/09)

PACTS#56075

**United States District Court  
for the  
Eastern District of New York  
Report on Offender Under Supervision**



FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ MAY 21 2013 ★  
BROOKLYN OFFICE

Name of Offender: <u>Aleksander Rapoport</u>    Case Number:    <u>11-CR-301</u>

Name of Sentencing Judicial Officer: <u>The Honorable Laura Taylor Swain, U.S. District Judge</u>

Date of Original Sentence: <u>January 26, 2009. Transfer of Jurisdiction accepted by The Honorable John Gleeson, U.S. District Judge, on April 20, 2011.</u>

Original Offense: <u>Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. §§ 846.</u>

Original Sentence: <u>12 months and 1 day custody, followed by 3 years supervised release, and a $100 special assessment fee. The following special conditions were also imposed: 1.) the defendant will provide the probation officer with access to any requested financial information; 2.) the defendant shall participate in an alcohol aftercare treatment program under a co-payment plan, which may include urine testing at the direction and discretion of the probation officer; 3.) the defendant will participate in a substance abuse treatment program as approved by the U.S. Probation Office, which program may include testing to determine whether he has reverted to using drugs or alcohol; 4.) the defendant is to be supervised in the district of residence.</u>

Violations:

Type of Supervision: <u>Supervised Release</u>           Date Supervision Commenced:

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| 1. | Drug Use |

On April 11, 2013, the offender reported to the Probation Department and submitted a urine specimen that subsequently tested positive for cocaine. Although the offender denies using cocaine, he agreed to attend outpatient drug treatment where he will attend group and individual sessions.

At this time, we would like to continue to monitor the offender's compliance with drug treatment and the remaining conditions of supervision. As such, we respectfully recommend that no action be taken against the offender. In the event he becomes uncooperative, we will notify Your Honor with a recommendation for appropriate action. However, we await Your Honor's decision below.

Respectfully submitted,

by _____

|  |  |
|---|---|
| | *Carrie H. Borona* (signature) |
| Approved: | Carrie H. Borona |
| *Jill D. Williams* (signature) | U.S. Probation Officer |
| | Date: March 14, 2013 |
| Jill D. Williams | |
| SUSPO | |

*Please indicate the Court's response below and return to the U.S. Probation Officer*

~~THE COURT ORDERS that this document be filed under permanent seal as it contains treatment information and that the Probation Department.~~  (J.G.)

[X] Take no Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Please return a certified copy to the New York Eastern Probation office.

s/John Gleeson
_____
Signature of Judicial Officer

5/21/13
_____
Date